Ernest K. BRAMBLETT, Appellant,

v.

UNITED STATES of America, Appellee.

No. 16452.

United States Court of Appeals
Ninth Circuit.

Dec. 3, 1959.

Ernest King Bramblett, in pro. per.

Laughlin E. Waters, U. S. Atty., Richard A. Lavine, James R. Dooley, Asst. U. S. Attys., Los Angeles, Cal., for appellee.

Before STEPHENS, BARNES and KOELSCH, Circuit Judges.

PER CURIAM.

Judgment in the above entitled case is hereby affirmed.

NATIONAL LABOR RELATIONS BOARD, Petitioner

v.

TABULATING CARD COMPANY, Inc., Respondent.

No. 12965.

United States Court of Appeals
Third Circuit.

Argued Dec. 11, 1959.

Decided Dec. 22, 1959.

Melvin Pollack, Washington, D. C. (Stuart Rothman, General Counsel, Thomas J. McDermott, Associate General Counsel, Marcel Mallet-Prevost, Asst. General Counsel, Alfred Avins, Attorney, National Labor Relations Board, Washington, D. C., on the brief), for petitioner.

Godfrey P. Schmidt, New York City, for respondent.

Before KALODNER, STALEY and HASTIE, Circuit Judges.

PER CURIAM.

This is a petition of the National Labor Relations Board pursuant to Section 10 (e) of the National Labor Relations Act, as amended, 29 U.S.C.A. § 160(e), for enforcement of its order issued against the respondent on March 6, 1959, 121 N. L.R.B. No. 201, in proceedings under Section 8(a) (1) and (3).

Upon consideration of the record we are of the opinion that the findings of the National Labor Relations Board are supported by substantial evidence and that its Order is valid and proper.

For the reasons stated, the Order of the Board will be enforced.